**Order entered April 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

Before the Court is appellant's March 28, 2019 motion.  In his motion, appellant asserts the reporter's record from the November 30, 2018 hearing on his motion for new trial is incomplete.  Specifically, he asserts he made a verbal offer of proof at the hearing, and it is missing from the reporter's record.  He asks that we order the court reporter to "examine the electronic record, including the electronic voice record" of the hearing and to order the reporter "to file the excluded evidence in the second amended informal bill of exceptions" and "submit findings and suggestions with the amended clerk's record."

We **GRANT** the motion as follows.  We **ORDER** the trial court to conduct a hearing, **within thirty days** of the date of this order, and make written findings as to whether the reporter's record of the November 30, 2018 motion for new trial hearing is complete.  A

supplemental clerk's record with the trial court's written findings and any order regarding the record shall be filed **within forty days** of the date of this hearing. A reporter's record of the hearing shall also be filed **within forty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Melissa Bellan, Judge of County Court at Law No. 2; Robin Washington, Official Court Reporter for County Court at Law No. 2; and, all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. It will be reinstated in forty days or when the requested records are received, whichever occurs sooner.

/s/ BILL WHITEHILL
   JUSTICE